IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY BLANCHETTI, | ) |
| | ) |
| Plaintiff, | ) 2:25-CV-88 |
| | ) |
| v. | ) |
| | ) |
| GREENSBURG SALEM SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Jeffrey Blanchetti's Amended Complaint (ECF 8) alleges disability-based mistreatment from his time teaching at Defendant Greensburg Salem School District, in violation of the ADA and Pennsylvania Human Relations Act. This case was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Before the Court are Mr. Blanchetti's objections (ECF 17) to Judge Dodge's Report and Recommendation (ECF 16) on Greensburg Salem's motion to dismiss (ECF 9). Judge Dodge recommended that the Court dismiss Mr. Blanchetti's claims for a hostile work environment, which would result in the dismissal of Count III entirely and the dismissal of part Count IV partially (at Count IV, Mr. Blanchetti broadly brought claims under the PHRA, and Judge Dodge concluded the other claims in Count IV should survive the motion to dismiss). ECF 16. Judge Dodge recommended that Mr. Blanchetti's claims for punitive damages should be dismissed, and Mr. Blanchetti agreed that punitive damages are improper here. *Id.*; ECF 12 at 12. Lastly, Judge Dodge recommended that Mr. Blanchetti's remaining claims should survive the motion to dismiss (Counts I, II, and IV in part). ECF 16. Greensburg

Salem did not lodge any objections to the R&R. The Court has reviewed Mr. Blanchetti's objections and the R&R *de novo*, and after having done so, overrules the objections and adopts Judge Dodge's R&R in full.

As the R&R discusses, dismissal is appropriate for Mr. Blanchetti's hostile work environment claims on two grounds. First, Mr. Blanchetti did not demonstrate that he exhausted his administrative remedies for a hostile work environment claim as required under the law. *Id.* at 5–6. Second, the Court agrees with the R&R's assessment that Mr. Blanchetti's allegations, largely based on a refusal to accommodate, do not amount to a well-pleaded hostile work environment claim under the ADA or the PHRA. *Id.* at 11–12. Because amendment would not be futile, the Court will dismiss these claims without prejudice. As for the rest of Mr. Blanchetti's claims, the R&R correctly recommends that these claims should continue into discovery.

***************

AND NOW, this 15th day of January, 2026, it is hereby ORDERED that Mr. Blanchetti's objections (ECF 17) are overruled and Magistrate Judge Dodge's R&R (ECF 16) is adopted in full. Mr. Blanchetti's claims at Count III and Count IV in part for a hostile work environment are dismissed without prejudice. Counts I, II, and IV in part survive the motion to dismiss. If Mr. Blanchetti elects to amend Counts III and IV, he must file an amended complaint on or before February 5, 2026, or by a date set by Judge Dodge by separate order.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge